IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

LEON MICHAEL SMITH                                                    PLAINTIFF

V.                         CASE NO.: 5:14-CV-5202

OFFICER VALLEY, Springdale Police
Department; OFFICER DEPPNER,
Springdale Police Department; JOHN
DOE OFFICERS, of the Springdale
Police Department; and the SPRINGDALE
POLICE DEPARTMENT                                                     DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 9) filed in this case on January 22, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **DENIED** as **MOOT**.

IT IS SO ORDERED on this 26th day of February, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE